■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL OLMOS-PEREZ, Appellant.

Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.